**CHEETAH OMNI LLC,**
Plaintiff–Appellant,

v.

**VERIZON SERVICES CORP.,**
Defendant,

v.

**Tellabs Inc., Subpoenaed**
**Party–Appellee.**

No. 2011–1093.

United States Court of Appeals,
Federal Circuit.

March 25, 2011.

Thomas A. Lewry, Robert C.J. Tuttle, Brooks Kushman P.C., Southfield, MI, for Plaintiff–Appellant.

Constantine L. Trela, Jr., Richard F. O'Malley, Jr., Robert D. Leighton, Sidley Austin LLP, Chicago, IL, for Subpoenaed Party–Appellee.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**ADVANCED ANALOGIC**
**TECHNOLOGIES,**
**INC., Appellant,**

v.

**INTERNATIONAL TRADE**
**COMMISSION,**
Appellee,

and

**Linear Technology Corporation,**
**Intervenor.**

No. 2010–1543.

United States Court of Appeals,
Federal Circuit.

April 4, 2011.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).